UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MICHAEL ZUNIGA #70326-509              CIVIL ACTION NO. 1:26-CV-00345
                                       SEC P

VERSUS                                 JUDGE EDWARDS

WARDEN GOLDEY                          MAG. JUDGE PEREZ-MONTES

**JUDGMENT**

Before the Court is a Petition for Writ of Habeas Corpus (Doc. 1) filed by

Michael Zuniga ("Petitioner") challenging the computation of his sentence. The

Magistrate Judge has issued a Report and Recommendation ("R&R") (Doc. 7) to which

the Petitioner has objected (Doc. 8). After a *de novo* review of the record, including

the R&R and objection thereto, and having determined that the Magistrate Judge's

recommendation is correct under applicable law,

IT IS HEREBY ORDERED that the Court adopts the Magistrate Judge's

recommendation in full and the Petition for Writ of Habeas Corpus is DENIED and

DISMISSED WITH PREJUDICE.

THUS DONE in Chambers on this 30th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE